# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBTKAT GOLD, LLC, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOLDEN QUEEN, LLC, et al.,<br><br>            Defendants. | Case No.: 1:19-CV-01114-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE[1]<br>(Doc. 23) |

Due to the onset of the COVID-19 pandemic, the parties have been delayed in conducting discovery. (Doc. 23)  Thus, the Court GRANTS the stipulation but advises them to seek out alternatives to conducting discovery as it used to be done because no one knows exactly how long this "new normal" will last. Thus, the Court **ORDERS** the case schedule amended as follows:

1.   The parties SHALL complete all non-expert discovery no later than September 25, 2020;

2.   The parties SHALL complete all expert discovery no later than December 4, 2020. They SHALL disclose their experts no later than October 16, 2020 and any rebuttal experts no later than November 13, 2020;

3.   Non-dispositive motions, if any, SHALL be filed no later than December 4, 2020 and heard no later than January 5, 2021;

---

[1] The mid-discovery status conference is VACATED.

1

4. Dispositive motions, if any, SHALL be filed no later than December 31, 2020 and heard no later than February 2, 2021;

5. The settlement conference is CONTINUED to September 21, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **May 3, 2020**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE