Steven D. McGee  #71886
Jared C. Marshall #272065
Caroline M. Lutz #274836
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Plaintiffs, GBTKAT GOLD, LLC and FAR AWAY, LLC

Sean K. Hungerford  #200268
Bradley B. Johnson #257220
Adam K. Guernsey #282105
**HARRISON, TEMBLADOR HUNGERFORD & JOHNSON LLP**
2801 T Street
Sacramento, California 95816
Tel: (916) 382-4377
Fax: (916) 382-4380

Attorneys for Defendant, GOLDEN QUEEN MINING COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBTKAT GOLD, LLC,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GOLDEN QUEEN, LLC, et al.,<br><br>                    Defendants. | Case No.   1:19-cv-01114-DAD-JLT<br><br>**ORDER GRANTING AMENDED STIPULATION TO AMEND THE CASE SCHEDULE**<br>(Doc. 27) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1

1. The parties SHALL complete all non-expert discovery[1] no later than March 26, 2021;

2. The parties SHALL complete all expert discovery no later June 18, 2021. They SHALL disclose experts no later than April 9, 2021 and any rebuttal experts by May 7, 2020;

3. The parties SHALL file any non-dispositive motions no later than June 11, 2021 and they will be heard no later than July 20, 2021;

4. The parties SHALL file any dispositive motions no later than June 25, 2021 and they will be heard no later than August 3, 2021;

5. The settlement conference is continued to April 9, 2021 at 9:00 a.m.

6. The pretrial conference is continued to October 18, 2021 at 3:30 p.m.;

7. The trial is continued to December 14, 2021 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **August 28, 2020**             /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court declines to interfere with the parties' agreement to defer discovery on accounting issues at this time. Having chosen to persist with his Canadian experts, he cannot complain about having to delay this discovery until after his experts can travel to Kern County.