1  Steven D. McGee  #71886
   Jared C. Marshall #272065
2  Caroline M. Lutz #274836
   **FENNEMORE DOWLING AARON**
3  8080 North Palm Avenue, Third Floor
   P.O. Box 28902
4  Fresno, California 93729-8902
   Tel: (559) 432-4500
5  Fax: (559) 432-4590

6  Attorneys for Plaintiffs, GBTKAT GOLD, LLC and FAR AWAY, LLC

7
   Bradley B. Johnson  #257220
8  Adam K. Guernsey #282105
   Russell A. Frink #302522
9  **HARRISON TEMBLADOR HUNGERFORD & JOHNSON LLP**
   2801 T Street
10 Sacramento, California 95816
   Tel: (916) 382-4377
11 Fax: (916) 382-4380

12 Attorneys for Defendant, GOLDEN QUEEN MINING COMPANY, LLC

13

14
                     UNITED STATES DISTRICT COURT
15
                     EASTERN DISTRICT OF CALIFORNIA
16

17

18 | GBTKAT GOLD, LLC, a California limited liability and FAR AWAY, LLC, a California limited liability company, | Case No. 1-19-cv-01114-DAD-JLT |
   |---|---|
19 | | **STIPULATION TO EXTEND PLEADING AMENDMENT DEADLINE AND MODIFY SCHEDULING ORDER AND [~~PROPOSED~~] ORDER GRANTING IN PART** |
20 | Plaintiffs, | |
21 | vs. | |
22 | GOLDEN QUEEN, LLC, a California limited liability company; GOLDEN QUEEN MINING COMPANY, LTD, a publicly traded British Columbia corporation | (Doc. 30) |
23 | | |
24 | Defendants. | |
25 | | |

26 ///

27 ///

28 ///

---
STIP. TO EXTEND PLEADING AMENDMENT DEADLINE & MODIFY SCHEDULING ORDER & [~~PROPOSED~~] ORDER THEREON

Plaintiffs GBTKAT GOLD, LLC and FAR AWAY, LLC (collectively, "Plaintiffs") and Defendant GOLDEN QUEEN MINING COMPANY, LLC (erroneously named in the Complaint as GOLDEN QUEEN, LLC) ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, submit the following Stipulation to Extend Pleading Amendment Deadline and Modify Scheduling Order and Proposed Order Thereon in connection with Plaintiffs' intent to file an amended complaint in the above-captioned action, to which Defendant has already consented and will also stipulate for Plaintiffs' leave to file, pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), 15(a)(2), 16(b) and 29(b), Local Rules 143 and 144, the Court's Scheduling Order dated December 30, 2019 (Doc. No. 18) (the "Scheduling Order"), and the Order Granting Stipulation to Amend the Case Schedule dated May 3, 2020 (Doc. No. 28) (the "First Amended Scheduling Order").

## I.

## **RECITALS**

WHEREAS, on August 15, 2019, Plaintiffs filed their complaint in the U.S. District Court, Eastern District of California for: Accounting; Declaratory Relief; Waste; Conversion; and Unfair Competition – Cal. Bus. & Prof. §17200, *et seq.* (Doc No. 1) (the "Complaint").

WHEREAS, on September 30, 2019, Defendant filed its answer to Plaintiffs' Complaint (Doc. No. 7) (the "Answer").

WHEREAS, on December 30, 2019, the Court issued the Scheduling Order (Doc. 18) providing for pleading, discovery and motion deadlines, settlement and pre-trial conference hearings, and the date of commencement of trial regarding the above-captioned action. Pursuant to the Scheduling Order, the pleading amendment deadline was March 30, 2020. A true and correct copy of the Scheduling Order is attached hereto as **Exhibit "A"** and is incorporated herein by this reference.

WHEREAS, the Parties previously stipulated to extend deadlines other than the pleading amendment deadline and modify the Scheduling Order due to the COVID-19 public health emergency, which was ordered by the Court on August 28, 2020 pursuant to the First

Amended Scheduling Order (Doc. No. 28). A true and correct copy of the First Amended Scheduling Order is attached hereto as **Exhibit "B"** and is incorporated herein by this reference.

WHEREAS, Plaintiffs now request an extension of the pleading amendment deadline and to modify the Scheduling Order and the First Amended Scheduling Order in order to file a first amended complaint as described further herein below, to which Defendant has already consented and will also stipulate for Plaintiffs' leave to file. Pursuant to Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires, unless the opposing party makes a showing of undue prejudice, or bad faith or dilatory motive on the part of the moving party. USCS Fed Rules Civ Proc R 15(a)(2); *Sonoma Cty. Ass'n of Retired Emples. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013).

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), modification of a scheduling order is proper upon a showing of good cause, unless the court finds that the request has been unreasonably delayed and will prejudice the non-moving party, that the moving party has acted in bad faith, or that the amendment would be futile. USCS Fed Rules Civ Proc R 16(b)(4); *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 952-953 (9th Cir. 2006).

WHEREAS, given recent discovery exchanged between the Parties, good cause exists to allow Plaintiffs to amend the pleading deadline in the above-captioned action in order to amend their Complaint for the following reasons: (i) to correct two scrivenor's errors regarding Defendant's and co-defendant GOLDEN QUEEN MINING COMPANY, LTD's, a publicly traded British Columbia corporation, respective entity names; (ii) to correct the date of the alleged commencement of the co-tenancy between the Parties from January 1, 2001 to January 11, 2011; and (iii) to include an additional declaratory relief cause of action to determine the relationship of the Parties (a) during the lease period of January 15, 1988 through January 10, 2011, and (b) after the expiration of the lease period from January 11, 2011 to present, both of which are in dispute. Amendment to the pleading deadline is important to the Parties' comprehensive litigation of this matter to resolve all known disputes. Defendant will not be prejudiced in its defense of this action if this request is granted. Further, only through recent discovery have Plaintiffs discovered the aforementioned proposed amendments. As such, there has been no delay in bringing the instant

request, and this Stipulation constitutes the Parties' first request to amend the pleading deadline.

WHEREAS, for the foregoing reasons and for good cause shown, the Parties request that this Court extend the pleading amendment deadline and modify the Scheduling Order (Doc. 18) and the First Amended Scheduling Order (Doc. No. 28).

## II.

## **STIPULATION**

THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree and request that the Court order that:

1. The current pleading amendment deadline of March 30, 2020 pertaining to the above-captioned action, as set forth in the Scheduling Order (Doc. 18), be vacated; and

2. The pleading amendment deadline pertaining to the above-captioned action be revised and extended to March 12, 2021 as a modification of the Scheduling Order (Doc. 18) and the First Amended Scheduling Order (Doc. No. 28), or in the alternative, pursuant to a different date ordered at the Court's discretion.

**IT IS SO STIPULATED.**

Dated:   January 7, 2021          FENNEMORE DOWLING AARON

By: /s/ Steven D. McGee
    Steven D. McGee
    Jared C. Marshall
    Caroline M. Lutz
    Attorneys for Plaintiffs,
    GBTKAT GOLD, LLC and FAR AWAY, LLC

Dated:   January 7, 2021          HARRISON TEMBLADOR HUNGERFORD & JOHNSON LLP

By: /s/ Bradley B. Johnson
    Bradley B. Johnson
    Adam K. Guernsey
    Russell A. Frink
    Attorneys for Defendant,
    GOLDEN QUEEN MINING COMPANY, LLC

### III.

### [~~PROPOSED~~] ORDER

Though counsel explain why an amended complaint should be filed, the extent of the changes to the amended complaint, and why the deadline for doing so should be amended, they do not explain why the plaintiff needs until March 12, 2021 to file the amended complaint. Thus, the Court **ORDERS**:

1. The stipulation to allow the plaintiff to file an amended complaint is GRANTED. The amended complaint SHALL be filed, if at all, no later than January 29, 2021.

IT IS SO ORDERED.

Dated:   **January 8, 2021**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

CLUTZ/17658360.2/102143.0001