1  Steven D. McGee  #71886
   Jared C. Marshall #272065
2  Caroline M. Lutz #274836
   **FENNEMORE DOWLING AARON**
3  8080 North Palm Avenue, Third Floor
   P.O. Box 28902
4  Fresno, California 93729-8902
   Tel: (559) 432-4500
5  Fax: (559) 432-4590

6  Attorneys for Plaintiffs, GBTKAT GOLD, LLC and FAR AWAY, LLC

7

8  Sean K. Hungerford  #200268
   Bradley B. Johnson  #257220
   Adam K. Guernsey #282105
9  **HARRISON TEMBLADOR HUNGERFORD & JOHNSON LLP**
   2801 T Street
10 Sacramento, California 95816
   Tel: (916) 382-4377
11 Fax: (916) 382-4380

12 Attorneys for Defendant, GOLDEN QUEEN MINING COMPANY, LLC

13

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  GBTKAT GOLD, LLC, a California limited liability and FAR AWAY, LLC, a California limited liability company, | Case No.   1-19-cv-01114-DAD-JLT |
| 18 | **STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER THEREON** |
| 19                     Plaintiffs, | (Doc. 34) |
| 20  vs. | |
| 21  GOLDEN QUEEN, LLC, a California limited liability company; GOLDEN QUEEN MINING COMPANY, LTD, a publicly traded British Columbia corporation | |
| 22 | |
| 23                     Defendants. | |

25 ///

26 ///

27 ///

28 ///

Plaintiffs GBTKAT GOLD, LLC and FAR AWAY, LLC (collectively, "Plaintiffs") and Defendant GOLDEN QUEEN MINING COMPANY, LLC (erroneously named in the Complaint as GOLDEN QUEEN, LLC) ("Defendant GQM LLC"), by and through their respective counsel of record, respectfully submit the following Stipulation for Plaintiffs to File First Amended Complaint and Proposed Order Thereon pursuant to Federal Rule of Civil Procedure 15 and Local Rules 143, 200 and 220.

## I.

## **RECITALS**

WHEREAS, on August 15, 2019, Plaintiffs filed their complaint in the U.S. District Court, Eastern District of California for: Accounting; Declaratory Relief; Waste; Conversion; and Unfair Competition – Cal. Bus. & Prof. §17200, *et seq.* (Doc. No. 1) (the "Complaint").

WHEREAS, on September 30, 2019, Defendant GQM LLC filed its answer to Plaintiffs' Complaint (Doc. No. 7) (the "Answer").

WHEREAS, during the discovery process, Plaintiffs confirmed the appropriate entity name for Defendant GQM LLC to be "GOLDEN QUEEN MINING COMPANY, LLC", instead of "GOLDEN QUEEN, LLC", and the appropriate entity name for defaulted Defendant GOLDEN QUEEN MINING COMPANY, LTD, a publicly traded British Columbia corporation, to be "GOLDEN QUEEN MINING CONSOLIDATED, LTD". In addition, Plaintiffs determined the appropriate date of the commencement of the alleged co-tenancy to be January 11, 2011, instead of January 1, 2001, as originally alleged. Finally, as a result of Defendant GQM LLC's responses to certain discovery, Plaintiffs have determined that an additional declaratory judgment claim concerning the respective interests of the parties pertaining to the subject mining claims is required for these two periods of time: (1) January 15, 1988 through January 10, 2011 (the "Lease Period"); and (2) January 11, 2011 through present (the "Co-Tenancy Period").

WHEREAS, Plaintiffs now wish to file a First Amended Complaint in order to correct each Defendant's name in the pleading and the aforementioned date of the commencement of the alleged co-tenancy, as well as include an additional declaratory judgment claim concerning the respective interests of the parties for the Lease Period and the Co-Tenancy Period. A true and

1 correct copy of the proposed First Amended Complaint with exhibits and revised civil cover sheet 2 is attached hereto as **Exhibit "A"**. Good cause exists for Plaintiff to be permitted to file this 3 amended pleading because the errors and need for the additional claim were not confirmed until 4 receipt of Defendant GQM LLC's responses to discovery and Plaintiffs' counsel's review of 5 additional documentation pertaining to this litigation. Further, neither Defendant will not be 6 prejudiced by the amendment, and leave to amend must be freely given when justice so requires. 7 (USCS Fed Rules Civ Proc R 15.)

8 WHEREAS, Plaintiffs agree that Defendant GQM LLC shall not be required to file 9 a responsive pleading in response to the First Amended Complaint and that Defendant GQM 10 LLC's previous Answer shall remain in effect. In the event Defendant GQM LLC wishes to file a 11 responsive pleading, said response shall be due thirty-five (35) days from notice of entry of this 12 Stipulation and Order.

13 Accordingly, Plaintiffs and Defendant GQM LLC desire to enter into this 14 Stipulation and Order upon the terms and conditions contained herein.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## II.

## **STIPULATION**

THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree and request that the Court order that:

1. Plaintiffs may file their First Amended Complaint in the form attached as **Exhibit "A"** to this Stipulation.

IT IS SO STIPULATED.

Dated: January 29, 2021          FENNEMORE DOWLING AARON

By: /s/ Steven D. McGee
    Steven D. McGee
    Jared C. Marshall
    Caroline M. Lutz
    Attorneys for Plaintiffs,
    GBTKAT GOLD, LLC and FAR AWAY, LLC

Dated: January 29, 2021          HARRISON, TEMBLADOR HUNGERFORD & JOHNSON LLP

By: /s/ Bradley B. Johnson
    Sean K. Hungerford
    Bradley B. Johnson
    Adam K. Guernsey
    Attorneys for Defendant,
    GOLDEN QUEEN MINING COMPANY, LLC

///
///
///
///
///
///

### III.

### [PROPOSED] ORDER

Based on the foregoing Stipulation, and good cause appearing, it is hereby ordered that:

1. Plaintiffs may file their first amended complaint within three court days;

2. GQM LLC may file a responsive pleading within 35 days thereafter or, if it does not, the answer on file will be deemed the responsive pleading to the first amended complaint.

IT IS SO ORDERED.

Dated: **January 30, 2021**             /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

17770009.1/102143.0001