1  Steven D. McGee  #71886
   Jared C. Marshall #272065
2  Caroline M. Lutz #274836
   **FENNEMORE DOWLING AARON**
3  8080 North Palm Avenue, Third Floor
   Fresno, California 93711
4  Tel: (559) 432-4500
   Fax: (559) 432-4590
5

6  Bradley B. Johnson #257220
   Adam K. Guernsey #282105
7  Russell A. Frink #302522
   **HARRISON TEMBLADOR HUNGERFORD & JOHNSON LLP**
8  2801 T Street
   Sacramento, California 95816
9  Tel: (916) 382-4377
   Fax: (916) 382-4380
10
   Attorneys for Defendant, GOLDEN QUEEN MINING COMPANY, LLC
11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 | GBTKAT GOLD, LLC, a California limited | Case No.  1-19-cv-01114-DAD-JLT
17 | liability and FAR AWAY, LLC, a California limited liability company, |
18 | | **STIPULATION TO CONTINUE TRIAL, EXTEND DEADLINES, AND MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**
19 | Plaintiffs, |
20 | vs. | (Doc. 40)
21 | GOLDEN QUEEN MINING COMPANY, LLC, a California limited liability company; GOLDEN QUEEN MINING CONSOLIDATED, LTD, a publicly traded British Columbia corporation, |
22 | |
23 | |
24 | Defendants. |

25        Plaintiffs GBTKAT GOLD, LLC and FAR AWAY, LLC (collectively,

26 "Plaintiffs") and Defendant GOLDEN QUEEN MINING COMPANY, LLC ("Defendant")

27 (collectively, Plaintiffs and Defendant are referred to as the "Parties"), by and through their

28 respective counsel of record, submit the following Stipulation to Continue Trial, Extend Deadlines,

1  and Modify Scheduling Order and Proposed Order Thereon (the "Stipulation to Substitute
2  Counsel") pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), 29(b), and 83; Local Rules
3  143, 144, and 182(g); and Rules of Professional Conduct, Rule 1.16(b).

**I.**

**RECITALS**

WHEREAS, on August 15, 2019, Plaintiffs filed their complaint in the U.S. District Court, Eastern District of California for: Accounting; Declaratory Relief; Waste; Conversion; and Unfair Competition – Cal. Bus. & Prof. § 17200 et seq. (Doc. No. 1) (the "Complaint").

WHEREAS, on September 30, 2019, Defendant filed its answer to Plaintiffs' Complaint (Doc. No. 7) (the "Answer").

WHEREAS, on December 30, 2019, the Court issued the Scheduling Order (Doc. No. 18) providing for discovery and motion deadlines, settlement and pre-trial conference hearings, and the date of commencement of trial regarding the above-captioned action. A true and correct copy of the Scheduling Order is attached hereto as **Exhibit "A"** and is incorporated herein by this reference.

WHEREAS, pursuant to General Order No. 611 dated March 16, 2020, the Parties stipulated to extend deadlines and modify the scheduling order due to the COVID-19 public health emergency (Doc. No. 27) (the "COVID-19 Stipulation"), which was ordered by the Court on August 28, 2020 in the document entitled Order Granting Amended Stipulation to Amend the Case Schedule (Doc. No. 28) (the "Amended Scheduling Order"). True and correct copies of the COVID-19 Stipulation and Order thereon are attached hereto as **Exhibits "B"** and **"C"**, respectively, and are incorporated herein by this reference.

WHEREAS, as more fully described in the declaration of Steven McGee being filed concurrently with this stipulation, Fennemore Dowling Aaron believes that a conflict has arisen between the firm and its clients, to the point where Fennemore Dowling Aaron has requested that the firm be permitted to withdraw as counsel.

WHEREAS, as more fully described in the declaration of Richard D. Keys being filed concurrently with this stipulation, Plaintiffs are willing to allow Fennemore Dowling Aaron

to withdraw, and Plaintiffs are prepared to retain new counsel to substitute in place of Fennemore Dowling Aaron, on the condition that the dates for discovery cutoff and other matters be extended for a minimum of six months to allow new counsel the opportunity to complete discovery and prepare the case for trial.

WHEREAS, in light of the foregoing, Defendant is willing to stipulate to the request to continue the dates for discovery cutoff and other dates as set forth below, on the condition that Plaintiffs agree to participate in mediation for this matter in the next approximately 90 days, preferably with Judge Richard Silver (Ret.) who has been approved by both Plaintiffs and Defendant, or such other mediator who is mutually acceptable to the Parties. Plaintiffs are agreeable to such condition.

WHEREAS, in light of the foregoing, the Parties hereby request additional modifications to the Amended Scheduling Order as set forth below.

## II.

## **STIPULATION**

THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree and request that the Court order that:

1. The Parties will schedule a mediation of the above-captioned action to take place no later than May 31, 2021.

2. The current discovery and motion deadlines, settlement conference and pre-trial conference hearing dates, and the date of commencement of trial set forth in the Amended Scheduling Order (Doc. No. 28) be vacated; and

    A. The discovery and motion deadlines, settlement conference and pre-trial conference hearing dates, and the date of commencement of trial pertaining to the above-captioned action be revised and re-scheduled as a modification of the Amended Scheduling Order (Doc. No. 28) as proposed by the Parties below:

///

///

///

|   |   |   |   |   |
|---|---|---|---|---|
|   | i. | Non-Expert Discovery Deadline: | | September 20, 2021; |
|   | ii. | Expert Discovery Deadline: | | December 17, 2021; |
|   | iii. | Expert disclosure: | | |
|   |   | a. | Initial: | October 8, 2021 |
|   |   | b. | Rebuttal: | November 12, 2021 |
|   | iv. | Non-Dispositive Motion Deadlines: | | |
|   |   | a. | Filing: | November 16, 2021; |
|   |   | b. | Hearing: | December 14, 2021; |
|   | v. | Dispositive Motion Deadlines: | | |
|   |   | a. | Filing: | December 7, 2021; |
|   |   | b. | Hearing: | January 11, 2022; |
|   | vi. | Settlement Conference: | | September 17, 2021 10:00 a.m. 510 19th Street, Bakersfield, CA; |
|   | vii. | Pre-Trial Conference: | | February 22, 2022; |
|   | viii. | Trial: | | April 26, 2022; |

**or**

B.  The discovery and motion deadlines and settlement and pre-trial conference hearing dates pertaining to this matter be revised and re-scheduled as a modification of the Amended Scheduling Order (Doc. No. 28) pursuant to the Court's calendar.

**IT IS SO STIPULATED.**

Dated:  February 25, 2021          FENNEMORE DOWLING AARON

                    By: /s/ Steven D. McGee
                        Steven D. McGee
                        Jared C. Marshall
                        Caroline M. Lutz
                        Attorneys for Plaintiffs,
                        GBTKAT GOLD, LLC and FAR AWAY, LLC

Dated:     February 25, 2021            HARRISON TEMBLADOR HUNGERFORD & JOHNSON LLP


By: /Bradley B. Johnson
Bradley B. Johnson
Adam K. Guernsey
Russell A. Frink
Attorneys for Defendant,
GOLDEN QUEEN MINING COMPANY, LLC

## III.

## [~~PROPOSED~~] ORDER

The Court has considered the stipulation of the parties (Doc. 40). The Court is reluctant to agree to amend the case schedule until new counsel appears. At that time, the Court will entertain a new stipulation, which considers the needs of new counsel and the needs of the case. It declines to select case dates, which are not connected to any stated reason and which, at least at this time, appear to be arbitrary. Thus, the stipulation is **DENIED WITHOUT PREJUDICE**.


IT IS SO ORDERED.

Dated:   **February 25, 2021**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE