UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBTKAT GOLD, LLC, et al, <br><br>             Plaintiffs, <br><br> vs. <br><br> GOLDEN QUEEN MINING COMPANY, LLC, et al., <br><br>             Defendants. | Case No.   1:19-cv-01114-DAD-JLT <br><br> **ORDER AGAIN DENYING THE STIPULATION TO AMEND THE CASE SCHEDULE** <br> (Doc. 42) |

Just days ago, the parties filed a stipulation to amend the case schedule because the plaintiff intend to retain new counsel. (Doc. 40) The Court refused to amend the case schedule "until new counsel appears" and because there was no explanation for the need for the proposed dates. (Doc. 41)

///

///

///

///

///

///

///

///

Though new counsel has not appeared and current counsel has not withdrawn, the parties, again, file the exact, same stipulation to amend the case schedule, though this time they support it with a declaration of the intended new counsel. (Doc. 42) The parties seem to have missed that the Court denied the request **until new counsel appears.** That still has not occurred. Thus, the stipulation is DENIED.[1]

IT IS SO ORDERED.

Dated:   **March 2, 2021**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties SHALL NOT again seek to amend the case schedule based upon the same reasons unless and until new counsel appears.