UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBTKAT GOLD, LLC, et al,<br><br>           Plaintiffs,<br><br>vs.<br><br>GOLDEN QUEEN MINING COMPANY, LLC, et al.,<br><br>           Defendants. | Case No.   1:19-cv-01114-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>(Doc. 47) |

Plaintiff has retained new counsel due to a conflict which arose with his prior counsel (Doc. 47 at 2).  Also, they are intent upon engaging in mediation within 90 days. Id. Thus, the Court **ORDERS** the case schedule amended as follows:

1. The parties **SHALL** complete all non-expert discovery **no later than September 20, 2021** and all expert discovery **no later than December 17, 2021**. They **SHALL** disclose their **experts no later than October 8, 2021** and any rebuttal experts **no later than November 12, 2021**;

2. The parties **SHALL** file any non-dispositive motions **no later than November 16, 2021** to be heard **no later than December 21, 2021**;

3. The parties **SHALL** file any dispositive motions **no later than December 7, 2021** to be heard **no later than January 4, 2022**;

4. The settlement conference is **CONTINUED** to **September 17, 2021** at 9:00 a.m.;

5. The pre-trial conference is **CONTINUED** to **March 21, 2022** at 1:30 p.m. before

Judge Drozd;

6. The trial is **CONTINUED** to **May 17, 2022** at 1:00 p.m. before Judge Drozd.

The Court finds is very unlikely that it will again amend the case schedule. Thus, counsel are strongly urged to complete discovery and ready their cases consistent with the deadlines set forth here.

IT IS SO ORDERED.

Dated:   **March 18, 2021**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE