UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBTKAT GOLD, LLC, et al, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN QUEEN, LLC, et al., <br><br> Defendants. | No.  1:19-cv-01114-DAD-BAK (BAM) <br><br> ORDER APPOINTING SPECIAL MASTER <br><br> (Doc. Nos. 63, 64) |

  On May 4, 2022, in response to this court's April 26, 2022 order (Doc. No. 63) conditionally granting the parties' joint stipulation to a Special Master Agreement, the Honorable Patrick J. Walsh (Ret.) submitted an affidavit (Doc. No. 64) attesting to having no grounds for disqualification under 28 U.S.C. § 455 as a special master in this matter.  *See* Fed. R. Civ. P. 53(b)(3).  Accordingly,

  1. The court appoints the Honorable Patrick J. Walsh (Ret.) to be the special master in this matter, subject to the terms set forth in this court's April 26, 2022 order (Doc. No. 63);

  2. This action continues to be stayed in its entirety pending completion of the proceedings before the special master; and

/////

/////

1

3. The court hereby retains jurisdiction to confirm the special master decision, hear any and all remaining legal and/or factual questions not decided by the special master, and to enter a full and final judgment thereon.  See Fed. R. Civ. P. 53(f).

IT IS SO ORDERED.

Dated: __**May 4, 2022**__   _____
UNITED STATES DISTRICT JUDGE